AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Montana

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information Associated with Meta Platforms Inc. Account Facebook user ID 100000152524423, Facebook username dave.sheppard.716

Case No. MJ 26-125-M-KLD

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference herein

located in the ______ District of Montana , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 875(c) | Interstate Threats |

The application is based on these facts:

See attached Affidavit, incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/S/ Gregory Sangster
*Applicant's signature*

Gregory Sangster, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: Oct 27, 2026

Kathleen DeSoto
*Judge's signature*

City and state: Missoula, Montana

Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH META PLATFORMS INC. ACCOUNT **Facebook user ID 100000152524423, Facebook username dave.sheppard.716** THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No. MJ 26-125-M-KLD |

**AFFIDAVIT OF SPECIAL AGENT GREGORY SANGSTER IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Gregory Sangster, being duly sworn, state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and am currently assigned to the Billings Field Office, Missoula Resident Agency in Missoula, Montana. I have been employed by the FBI as an SA since 2020. Since 2021, I have worked within the Joint Terrorism Task Force (the "JTTF") of the FBI's Chicago and Billings Divisions. In this capacity, I investigate, among other things, criminal cases related to threats to public officials.

2. I am currently investigating David Sheppard for transmitting

interstate communications to threaten or injure, in violation of 18 U.S.C. § 875(c). This affidavit is being submitted in support of an application for a warrant to search the Facebook account of David Sheppard (hereafter Subject Account), date of birth 09/15/1970, more particularly described in Attachment A, because there is probable cause to believe that evidence, fruits, and instrumentalities of the crime listed above, as described in Attachment B, may be found on Sheppard's Facebook account.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses, and information provided to the FBI. I have not included all the facts known to me, but rather only those facts necessary to establish probable cause to search Sheppard's Facebook account.

## STATEMENT OF PROBABLE CAUSE

4. On November 24, 2025, Peter Haugen called the FBI National Threat Operations Center (NTOC) to report David Sheppard, Haugen's cousin, was making threats towards the President of the United States (POTUS). FBI personnel reviewed Sheppard's Facebook account and observed the threatening posts directed towards POTUS. The username associated with Sheppard's Facebook account was dave.sheppard.716.

5. On November 26, 2025, FBI SA Levi Kroschel and I interviewed Sheppard at his home in Missoula, Montana. At the outset of the interview, we showed Sheppard printouts of some of his concerning Facebook posts. Sheppard confirmed that the Facebook account represented in printouts was managed by him. Sheppard stated he was posting his opinions and political views and was not going to travel to harm the POTUS. During the interview, we warned Sheppard that he should refrain from making threatening posts. Following that interview, Sheppard removed a large portion of his previous post, including most of the directly threatening posts written about POTUS.

6. On the morning of October 10, 2026, the Montana Analysis and Technical Information Center (MATIC) notified the United States Secret Service (USSS) Protective Intelligence Advance team that Missoula resident David Carrol Sheppard had posted multiple threatening messages on his Facebook account directed at POTUS. Some of these posts specifically referenced POTUS's planned visit to Kalispell, Montana, on October 14, 2026. The USSS contacted the FBI that same day.

7. Law enforcement reviewed Sheppard's Facebook account, which had username dave.sheppard.716—the same account he used to post threatening messages in November 2025. During a review of the new posts,

investigators observed content which expressed interest in violent action towards POTUS and POTUS's supporters. A sampling of the material I personally observed as screen shots from Sheppard's Facebook page include the following:

- "Trump is going to be so DEAD that you won't even know how it happened!!!" (October 05, 2026)
- "Be a gambler and vote for the Repukeagains (SIC) and see if you're able to stay alive!!!" (August 31, 2026)
- "Every Gaped Out Pussy That supports Trump is going to BE. DEAD!!!!!" (August 19, 2026); and
- "If you support Trump, YOU ARE GOING TO BE DEAD!!!!" (August 14, 2026). This was contained in an image that is copied below:




8. Investigators observed an additional post that Sheppard made on the Missoula GOP Facebook page on or about October 9, 2026:

- "We are KILLING Trump if he comes to Montana!!!!!" This was contained in an image that is copied below:




9. On October 10, 2026, the USSS separately provided the FBI with an email containing the below messages that they observed on Sheppard's Facebook page:

- "If you are from Kalispell, clean up your hunting rifle and KILL tRump when he gets there!!!!!" (October 9, 2026, at 2031 EDT);
- "If you are from Kalispell, clean up your hunting rifle and KILL tRump when he gets there!!!!!" (October 9, 2026, at 1830 EDT);
- "FUCK TRUMP!!! He is so fucking DEAD!!!!!" (October 8, 2026, at 1749 EDT);
- "Trump is getting KILLED so quick, you won't even know how it happened!!!" (October 8, 2026, at 1744 EDT);
- "Trump is going to be so DEAD that you won't even know how it happened!!!" (October 4, 2026, at 2232 EDT);
- "If you support tRump, you will be KILLED!!" (October 1, 2026, at 1944 EDT);

- “We need 10 Million Americans to be fully armed and kill pile of shit tRump!!!!” (September 13, 2026, at 1920 EDT);
- “Every Gaped Out Pussy That supports Trump is going to BE. DEAD!!!!!” (August 18, 2026, at 2016 EDT);
- “We are KILLING Trump so fast,he won't even know how it happened!!!” (August 15, 2026 at 0016 EDT);
- “Trump is going to be DEAD!!” (August 8, 2026, at 2146 EDT);
- “If you are a MFr POS that supports Trump, you're going to be KILLED!!!!” (August 3, 2026 at 2039 EDT); and
- “If you support Trump, you better have already paid for a burial site!!!” (July 31, 2026, at 2050 EDT).

10. On October 10, 2026, USSS agents and I interviewed Sheppard at his home in Missoula. This is the same residence where he lived in November 2025. The interview was recorded. During the interview, we showed Sheppard printouts of some of his Facebook posts as described above. Sheppard confirmed that the Facebook account we discussed was managed by him. He claimed that he was exercising his freedom of speech and stated he used his cellphone to create posts on Facebook.

## CONCLUSION

11. Based on the foregoing, I submit there is probable cause to believe that David Sheppard transmitted interstate threats to injure via Subject Account, in violation of 18 U.S.C. § 875(c).

I swear that the facts presented herein are true and accurate to the best of my knowledge and belief.

/S/ Gregory Sangster
Gregory Sangster
Special Agent, FBI

Subscribed and sworn to before me via telephone in accordance with Federal Rule of Criminal Procedure 4.1, this 27th day of October 2026.

HON. KATHLEEN L. DESOTO
United States Magistrate Judge

## ATTACHMENT A

## DESCRIPTION OF FACEBOOK ACCOUNT TO BE SEARCHED

The Facebook account to be searched is Facebook user ID 100000152524423, Facebook

username dave.sheppard.716. A screenshot of the account is set out below:



## ATTACHMENT B

## ITEMS TO BE SEIZED

For the time period of January 1, 2026 to the present: all records, in whatever form, and tangible objects that constitute evidence, fruits, or instrumentalities of violations of 18 U.S.C. § 875(c), including:

A. Records, posts, or comments within the account listed above pertaining to the following topics:

1. Threats to kill, injure, or assault other persons;
2. Threats to kill, injure, or assault Donald J. Trump;

B. Records, posts, comments, or photos related to the possession, purchase, transfer, or obtaining of weapons;

C. Records pertaining to the payment, receipt, transfer, or storage of money or other things of value by David Sheppard;

D. Records pertaining to the travel or whereabouts of David Sheppard between January 1, 2026, to the present;

E. Records pertaining to the existence, identity, and travel of any co-conspirators, as well as any co-conspirators' acts taken in furtherance of the crimes listed above;

F. Recordings showing evidence of who used or controlled the Facebook account;

G. Records pertaining to accounts held with remote storage; and

H. I.P. addresses, user information, user history, location data, and access logs.